```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13506
   LINDA F HARDISON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6832


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/27/2007 and was confirmed 09/10/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 03/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED            .00              .00
AMERICASH LOANS LLC       UNSECURED          1088.68            .00           280.39
AMERICASH LOANS LLC       UNSECURED           346.50            .00            89.24
CASHTODAY LOANS           UNSECURED        NOT FILED            .00              .00
CAVALRY PORTFOLIO SERVIC  UNSECURED           805.03            .00           207.34
CBCS                      UNSECURED        NOT FILED            .00              .00
CHASE                     NOTICE ONLY      NOT FILED            .00              .00
DSNB                      UNSECURED        NOT FILED            .00              .00
EXPRESS LOAN              UNSECURED        NOT FILED            .00              .00
EXPRESS LOAN              UNSECURED           730.20            .00              .00
ECAST SETTLEMENT CORP     UNSECURED          1384.12            .00           356.48
ILLINOIS LENDING GROUP    UNSECURED          2082.36            .00           536.31
ILLINOIS LENDING GROUP    UNSECURED           279.49            .00            71.98
ILLINOIS LENDING CORP     UNSECURED        NOT FILED            .00              .00
KEITH S SHINDLER          UNSECURED        NOT FILED            .00              .00
LOAN SHOP ONLINE          UNSECURED        NOT FILED            .00              .00
MONTEREY FINANCIAL        UNSECURED        NOT FILED            .00              .00
PARAGON WAY INC           UNSECURED           725.00            .00           186.72
PLAZA FINANCE             UNSECURED           730.20            .00           188.06
RECEIVABLES PERFORMANCE   UNSECURED        NOT FILED            .00              .00
SKO BRENNER AMERICAN INC  UNSECURED        NOT FILED            .00              .00
FEDERATED RTL/MARSHALL F  UNSECURED           245.48            .00            63.22
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      306.33             .00           306.33
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       3,500.00                         3,500.00
TOM VAUGHN                TRUSTEE                                              432.41
DEBTOR REFUND             REFUND                                             1,167.26


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     7,385.74

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13506 LINDA F HARDISON
```

```
PRIORITY                                                    306.33
SECURED                                                        .00
UNSECURED                                                 1,979.74
ADMINISTRATIVE                                            3,500.00
TRUSTEE COMPENSATION                                        432.41
DEBTOR REFUND                                             1,167.26
                                 ---------------    ---------------
TOTALS                                  7,385.74           7,385.74
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/25/08                        /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE